UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24900-MORENO/D'ANGELO

SUZETTE MARIE PINERO,

    Plaintiff,

vs.

YOUTH CO-OP INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Suzette Marie Pinero, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address/email address.

Dated this 29th day of October 2025.

                                              s/Katelyn Schickman, Esq.
                                              Katelyn Schickman, Esq. (1064879)
                                              katie@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel: 305.230.4884
                                              *Counsel for Plaintiff*