## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-24900-FAM

Plaintiff:
**SUZETTE MARIE PINERO**

vs.

Defendant:
**YOUTH CO-OP INC.**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 24th day of October, 2025 at 10:23 am to be served on **YOUTH CO-OP INC. c/o Concepcion Perez-Borroto, its Registered Agent, 7875 NW 12 St., Suite 200, Doral, FL 33126**.

I, Joseph Onega, do hereby affirm that on the **30th day of October, 2025** at **10:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Concepcion Perez-Borroto, as Registered Agent,** for YOUTH CO-OP INC. c/o Concepcion Perez-Borroto, its Registered Agent, at the address of: **7875 NW 12 St., Suite 200, Doral, FL 33126**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: X, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 135, Hair: Blonde, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2025001735

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a