UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24900-MORENO/D'ANGELO

SUZETTE MARIE PINERO,

    Plaintiff,

vs.

YOUTH CO-OP INC.,

    Defendant.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Suzette Marie Pinero, pursuant to the Court's Notice of Court Practice in FLSA Cases entered October 30, 2025 [ECF No. 5], files this Statement of Claim based on the information known to Plaintiff, and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not to be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from her employment at this time, and so she must estimate the hours she worked, the pay she received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

4. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendant through discovery, and/or as additional/different information becomes known.

5. This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

6. Plaintiff estimates that she is owed **$643.44** in unpaid overtime wages, calculated as follows:

| Dates Worked | Weeks Worked | Overtime Hours per Week | Overtime Rate* | Overtime Wages Paid | Overtime Wages Owed |
|---|---|---|---|---|---|
| Feb. 5, 2024 - Jul. 6, 2025 | 22 | 1 | $24.00 | 0 | $528.00 |
| Jul. 7, 2025 - Jul. 21, 2025 | 2 | 1 | $24.96 | 0 | $49.92 |
| Jul. 21, 2025 - Aug. 8, 2025 | 2.6 | 1 | $25.20 | 0 | $65.52 |
| | | | | **Total:** | **$643.44** |

*Overtime Rate is based on Plaintiff's regular hourly rates of $16.00, $16.64, and $16.80.

2

7. Plaintiff seeks $643.44 for overtime wages earned **between February 5, 2024, and August 8, 2025.**

8. Plaintiff also seeks liquidated damages in an amount equal to the unpaid/underpaid overtime wages plus reasonable attorneys' fees and costs pursuant to the FLSA.

9. **Attorneys' Fees and Costs.** As of the filing of this document, Plaintiff has incurred the following attorneys' fees and costs:

| | |
|---|---|
| Costs: | **$   451.40** |
| Attorneys' Fees: | **$6,348.50** |
| Brian H. Pollock, Esq. ($550.00/hour × 2.0 hours) | $1,100.00 |
| P. Brooks LaRou, Esq. ($375.00/hour × 0.4 hours) | $   150.00 |
| Katelyn Schickman, Esq. ($275.00/hour × 15.0 hours) | $4,125.00 |
| Steffany Sanguino ($165.00/hour × 5.9 hours) | $   973.50 |
| **Grand Total:** | **$6,799.90** |

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 14th day of November 2025,

        Katelyn Schickman, Esq.
        Brian H. Pollock, Esq. (174742)
        brian@fairlawattorney.com
        Katelyn Schickman, Esq. (1064879)
        katie@fairlawattorney.com
        FAIRLAW FIRM
        135 San Lorenzo Ave
        Suite 770
        Coral Gables, FL 33146
        Tel:    305.230.4884
        *Counsel for Plaintiff*