UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24900-FAM

SUZETTE MARIE PINERO,

    Plaintiff,

vs

YOUTH CO-OP INC.,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Youth Co-Op Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 6(b)(1)(a), moves for a 20-day enlargement of time to respond to Plaintiff's Complaint. Pursuant to S.D. Fla. L.R. 7.1, counsel for the parties conferred in good faith and Plaintiff has agreed to the requested extension. As further, Defendant states:

1. Defendant was served with initial Process on or about October 30, 2025 in the above-styled lawsuit.

2. Pursuant to Fed. R. Civ. P. 12, Defendant's response to Plaintiff's Complaint is presently due on November 20, 2025.

3. Defendant requires additional time to investigate the averments in Plaintiff's Complaint and to prepare an appropriate response.

4. Moreover, Defense counsel has been in touch with Plaintiff's counsel in an effort to narrow the issues in the case and potentially lead to a resolution.

5. For the reasons described above, Defendant requires a 20-day extension of time to prepare a response to Plaintiff's Complaint.

6. Plaintiff's counsel has agreed to a 20-day extension until December 10, 2025, for Defendant to file a response, with the Court's approval.

7. The undersigned counsel states that his extension of time is not made necessary due to neglect, nor is it for the purpose of delay. The undersigned further states that no party will be prejudiced by the Court granting this extension of time.

8. Based on the foregoing, Defendant moves this Court for an extension of 20 days in which to serve a response in this case, making the deadline in which to respond to Plaintiff's Complaint December 10, 2025.

## CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1

Undersigned counsel hereby certifies that he conferred with counsel for Plaintiff on, who indicated that there was agreement on, and that he would not oppose, the relief requested herein.

A proposed order is being submitted together with this Motion.

Dated: November 19, 2025.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        Two Datran Center
        9130 S. Dadeland Boulevard, Suite 1625
        Miami, Florida 33156
        Telephone: 305.374.0506
        Facsimile: 305.374.0456

        */s/ Christopher P. Hammon*
        Christopher P. Hammon
        Florida Bar No. 176753
        chris.hammon@ogletreedeakins.com

        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christopher P. Hammon*
Christopher P. Hammon

**SERVICE LIST**
*Suzette Marie Pinero v. Youth Co-Op Inc.*
*United States District Court for the Southern District of Florida*
CASE NO.: 25-CV-24900-FAM

Brian H. Pollock
brian@fairlawattorney.com
Katelyn Schickman
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Telephone:  305.230.4884

*Counsel for Plaintiff*

Method of Service:  CM/ECF

Christopher P. Hammon
christopher.hammon@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd.
Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant*

93896942.v1-OGLETREE