UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24900-FAM

SUZETTE MARIE PINERO,

    Plaintiff,

vs

YOUTH CO-OP INC.,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME**

THIS ACTION came before the Court on Defendant, Youth Co-Op Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.  The Court having reviewed the motion, considered the agreement of the parties, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion be and the same is hereby **GRANTED**.

Defendant shall have to and including **December 10, 2025** in which to file its Response to Plaintiff's Complaint.

DONE AND ORDERED in Chambers, Miami, Florida, this _____ day of November, 2025.

_____
FREDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record