UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24900-FAM

SUZETTE MARIE PINERO,

    Plaintiff,

v.

YOUTH CO-OP INC.,

    Defendant.
_____/

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Youth Co-Op Inc. ("Youth Co-Op"), by and through the undersigned counsel and pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, makes the following Corporate Disclosure Statement:

1. No publicly traded company owns 10% or more of the stock of Defendant.
2. Defendant has no parent corporation.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 3, 2025.

                                              Respectfully submitted,

                                              OGLETREE, DEAKINS, NASH,
                                              SMOAK & STEWART, P.C.
                                              Two Datran Center
                                              9130 S. Dadeland Boulevard, Suite 1625
                                              Miami, Florida 33156
                                              Telephone: 305.374.0506
                                              Facsimile: 305.374.0456

                                              */s/ Christopher P. Hammon*
                                              Christopher P. Hammon
                                              Florida Bar No. 176753
                                              chris.hammon@ogletreedeakins.com

                                              *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                    */s/ Christopher P. Hammon*
                                                                                    Christopher P. Hammon

**SERVICE LIST**
*Suzette Marie Pinero v. Youth Co-Op Inc.*
*United States District Court for the Southern District of Florida*
CASE NO.: 25-CV-24900-FAM

Brian H. Pollock
brian@fairlawattorney.com
Katelyn Schickman
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Telephone:  305.230.4884

*Counsel for Plaintiff*

Method of Service:  CM/ECF

Christopher P. Hammon
christopher.hammon@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd.
Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant*