UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24900-FAM

SUZETTE MARIE PINERO,

    Plaintiff,

v.

YOUTH CO-OP INC.,

    Defendant.

_____/

## **DEFENDANT'S RESPONSE TO STATEMENT OF CLAIM**

Defendant, Youth Co-Op Inc. ("Youth Co-Op"), pursuant to this Court's Notice of Court Practice in FLSA Cases [DE 5], hereby responds to Plaintiff Suzette Marie Pinero's Statement of Claim [DE 7] as follows:

Defendant denies the alleged unpaid overtime wages claimed by Plaintiff in the Statement of Claim and further denies that Plaintiff is owed any unpaid wages under the FLSA. Plaintiff was properly paid for any and all regular and overtime wages worked while employed at Youth Co-op.

Attached at Exhibit A is a showing the wages paid to Plaintiff by Youth Co-op for Plaintiff's work during the relevant time period.

Dated: December 3, 2025.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        Two Datran Center
        9130 S. Dadeland Boulevard, Suite 1625
        Miami, Florida 33156
        Telephone: 305.374.0506
        Facsimile: 305.374.0456

        */s/ Christopher P. Hammon*
        Christopher P. Hammon
        Florida Bar No. 176753
        chris.hammon@ogletreedeakins.com

        *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christopher P. Hammon*
Christopher P. Hammon

**SERVICE LIST**
*Suzette Marie Pinero v. Youth Co-Op Inc.*
*United States District Court for the Southern District of Florida*
CASE NO.: 25-CV-24900-FAM

Brian H. Pollock
brian@fairlawattorney.com
Katelyn Schickman
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Telephone:  305.230.4884

*Counsel for Plaintiff*

Method of Service:  CM/ECF

Christopher P. Hammon
christopher.hammon@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd.
Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant*