# **<u>EXHIBIT A</u>**

# PAYROLL JOURNAL

**0944 Y440-M146**  YOUTH CO-OP INC                                           (Requested Check Dates 02/01/24 - 08/31/25)

| EMPLOYEE NAME<br>ID<br>(WC CLASS) | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |
| **** PE PERRINE CAREER CENTER / CC BRANCH / SFW DIVISION | | | | | | | | | |
| **Pinero, Suzette M**<br>2PIN01<br>(8864) | Hourly Pay | 16.0000 | 88.0000 | 1,408.00 | | Social Security<br>Medicare<br>Fed Income Tax | 87.30<br>20.42<br>19.13 | | Direct Deposit # 75643<br>**Check Amt**           0.00<br>Chkg 744         1,281.15 |
| | CHECK DATE 02/15/24 | | 88.0000 | 1,408.00 | | | 126.85 | | Net Pay         1,281.15 |
| | Hourly Pay<br>Holiday | 16.0000<br>16.0000 | 72.0000<br>8.0000 | 1,152.00<br>128.00 | | Social Security<br>Medicare | 79.36<br>18.56 | | Direct Deposit # 76190<br>**Check Amt**           0.00<br>Chkg 744         1,182.08 |
| | CHECK DATE 02/29/24 | | 80.0000 | 1,280.00 | | | 97.92 | | Net Pay         1,182.08 |
| | Hourly Pay<br>Time Adjustment | 16.0000<br>16.0000 | 88.0000<br>-7.0000 | 1,408.00<br>-112.00 | | Social Security<br>Medicare | 80.35<br>18.79 | | Direct Deposit # 76721<br>**Check Amt**           0.00<br>Chkg 744         1,196.86 |
| | CHECK DATE 03/15/24 | | 81.0000 | 1,296.00 | | | 99.14 | | Net Pay         1,196.86 |
| | Hourly Pay<br>Time Adjustment | 16.0000<br>16.0000 | 80.0000<br>-4.5000 | 1,280.00<br>-72.00 | | Social Security<br>Medicare | 74.89<br>17.51 | | Direct Deposit # 77260<br>**Check Amt**           0.00<br>Chkg 744         1,115.60 |
| | CHECK DATE 03/29/24 | | 75.5000 | 1,208.00 | | | 92.40 | | Net Pay         1,115.60 |
| | Hourly Pay<br>Holiday | 16.0000<br>16.0000 | 88.0000<br>-4.5000 | 1,408.00<br>-72.00 | | Social Security<br>Medicare | 82.84<br>19.38 | | Direct Deposit # 77750<br>**Check Amt**           0.00<br>Chkg 744         1,233.78 |
| | CHECK DATE 04/15/24 | | 83.5000 | 1,336.00 | | | 102.22 | | Net Pay         1,233.78 |
| | Hourly Pay<br>Time Adjustment | 16.0000<br>16.0000 | 88.0000<br>-4.2500 | 1,408.00<br>-68.00 | | Social Security<br>Medicare | 83.08<br>19.43 | | Direct Deposit # 78359<br>**Check Amt**           0.00<br>Chkg 744         1,237.49 |
| | CHECK DATE 04/30/24 | | 83.7500 | 1,340.00 | | | 102.51 | | Net Pay         1,237.49 |
| | Hourly Pay<br>Holiday | 16.0000<br>16.0000 | 80.0000<br>8.0000 | 1,280.00<br>128.00 | | Social Security<br>Medicare | 87.29<br>20.41 | | Direct Deposit # 78885<br>**Check Amt**           0.00<br>Chkg 744         1,300.30 |
| | CHECK DATE 05/15/24 | | 88.0000 | 1,408.00 | | | 107.70 | | Net Pay         1,300.30 |
| | Hourly Pay<br>Time Adjustment<br>Holiday<br>Sick | 16.0000<br>16.0000<br>16.0000<br>16.0000 | 88.0000<br>-1.0000<br>8.0000<br>1.0000 | 1,408.00<br>-16.00<br>128.00<br>16.00 | | Social Security<br>Medicare | 95.23<br>22.27 | | Direct Deposit # 79393<br>**Check Amt**           0.00<br>Chkg 744         1,418.50 |
| | CHECK DATE 05/31/24 | | 96.0000 | 1,536.00 | | | 117.50 | | Net Pay         1,418.50 |
| | Hourly Pay<br>Time Adjustment | 16.0000<br>16.0000 | 80.0000<br>-3.7500 | 1,280.00<br>-60.00 | | Social Security<br>Medicare | 75.64<br>17.69 | | Direct Deposit # 80044<br>**Check Amt**           0.00<br>Chkg 744         1,126.67 |

**0944 Y440-M146**  YOUTH CO-OP INC                                                                                                                    Payroll Journal
Run Date 11/13/25  01:06 PM        CONFIDENTIAL                      Period Start - End Dates    07/01/23 - 08/31/25                                         Page 1 of 6
                                                                     Check Dates                02/12/24 - 08/29/25                                         PYRJRN

# PAYROLL JOURNAL

**0944 Y440-M146**   YOUTH CO-OP INC

(Requested Check Dates 02/01/24 - 08/31/25)

| EMPLOYEE NAME ID (WC CLASS) | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | | |

**\*\*\*\* PE PERRINE CAREER CENTER / CC BRANCH / SFW DIVISION (cont.)**
**Pinero, Suzette M (cont.)**
**2PIN01**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CHECK DATE 06/14/24 | | 76.2500 | 1,220.00 | | | 93.33 | | | Net Pay 1,126.67 |
| | Hourly Pay | 16.0000 | 69.0000 | 1,104.00 | | Social Security | 79.36 | | | Direct Deposit # 80416 |
| | Time Adjustment | 16.0000 | -16.0000 | -256.00 | | Medicare | 18.56 | | | **Check Amt** 0.00 |
| | Adm - Leave | 16.0000 | 8.0000 | 128.00 | | | | | | Chkg 744 1,182.08 |
| | Holiday | 16.0000 | 8.0000 | 128.00 | | | | | | |
| | Sick | 16.0000 | 3.0000 | 48.00 | | | | | | |
| | Vacation | 16.0000 | 8.0000 | 128.00 | | | | | | |
| | CHECK DATE 06/28/24 | | 80.0000 | 1,280.00 | | | 97.92 | | | Net Pay 1,182.08 |
| | Hourly Pay | 16.0000 | 80.0000 | 1,280.00 | | Social Security | 87.30 | | | Direct Deposit # 80962 |
| | Holiday | 16.0000 | 8.0000 | 128.00 | | Medicare | 20.42 | | | **Check Amt** 0.00 |
| | | | | | | | | | | Chkg 744 1,300.28 |
| | CHECK DATE 07/15/24 | | 88.0000 | 1,408.00 | | | 107.72 | | | Net Pay 1,300.28 |
| | Hourly Pay | 16.0000 | 72.0000 | 1,152.00 | | Social Security | 91.55 | GAP | 55.34 | Direct Deposit # 81464 |
| | Time Adjustment | 16.0000 | -0.2500 | -4.00 | | Medicare | 21.41 | | | **Check Amt** 0.00 |
| | Sick | 16.0000 | 24.0000 | 384.00 | | | | | | Chkg 744 1,363.70 |
| | CHECK DATE 07/31/24 | | 95.7500 | 1,532.00 | | | 112.96 | | 55.34 | Net Pay 1,363.70 |
| | Hourly Pay | 16.0000 | 88.0000 | 1,408.00 | | Social Security | 83.87 | GAP | 55.34 | Direct Deposit # 82061 |
| | Time Adjustment | 16.0000 | -16.0000 | -256.00 | | Medicare | 19.62 | | | **Check Amt** 0.00 |
| | Sick | 16.0000 | 2.0000 | 32.00 | | | | | | Chkg 744 1,249.17 |
| | Vacation | 16.0000 | 14.0000 | 224.00 | | | | | | |
| | CHECK DATE 08/15/24 | | 88.0000 | 1,408.00 | | | 103.49 | | 55.34 | Net Pay 1,249.17 |
| | Hourly Pay | 16.0000 | 88.0000 | 1,408.00 | | Social Security | 83.86 | GAP | 55.34 | Direct Deposit # 82482 |
| | | | | | | Medicare | 19.61 | | | **Check Amt** 0.00 |
| | | | | | | | | | | Chkg 744 1,249.19 |
| | CHECK DATE 08/30/24 | | 88.0000 | 1,408.00 | | | 103.47 | | 55.34 | Net Pay 1,249.19 |
| | Hourly Pay | 16.0000 | 56.0000 | 896.00 | | Social Security | 75.93 | GAP | 55.34 | Direct Deposit # 82958 |
| | Holiday | 16.0000 | 8.0000 | 128.00 | | Medicare | 17.76 | | | **Check Amt** 0.00 |
| | Sick | 16.0000 | 12.0000 | 192.00 | | | | | | Chkg 744 1,130.97 |
| | Vacation | 16.0000 | 4.0000 | 64.00 | | | | | | |
| | CHECK DATE 09/13/24 | | 80.0000 | 1,280.00 | | | 93.69 | | 55.34 | Net Pay 1,130.97 |
| | Hourly Pay | 16.0000 | 83.0000 | 1,328.00 | | Social Security | 83.87 | GAP | 55.34 | Direct Deposit # 83582 |
| | Vacation | 16.0000 | 5.0000 | 80.00 | | Medicare | 19.61 | | | **Check Amt** 0.00 |
| | | | | | | | | | | Chkg 744 1,249.18 |
| | CHECK DATE 09/30/24 | | 88.0000 | 1,408.00 | | | 103.48 | | 55.34 | Net Pay 1,249.18 |

**0944 Y440-M146**   YOUTH CO-OP INC
Run Date 11/13/25  01:06 PM     CONFIDENTIAL

Period Start - End Dates   07/01/23 - 08/31/25
Check Dates                02/12/24 - 08/29/25

Payroll Journal
Page 2 of 6
PYRJRN

# PAYROLL JOURNAL

0944 Y440-M146   YOUTH CO-OP INC

(Requested Check Dates 02/01/24 - 08/31/25)

| EMPLOYEE NAME ID (WC CLASS) | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS ||||  WITHHOLDINGS || DEDUCTIONS || NET PAY ALLOCATIONS ||
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | | |

**** PE PERRINE CAREER CENTER / CC BRANCH / SFW DIVISION (cont.)
Pinero, Suzette M (cont.)
2PIN01

| | Hourly Pay | 16.0000 | 61.0000 | 976.00 | | Social Security | 83.86 | GAP | 55.34 | Direct Deposit # 84226 | |
| | Adm - Leave | 16.0000 | 19.0000 | 304.00 | | Medicare | 19.61 | | | **Check Amt** | 0.00 |
| | Holiday | 16.0000 | 8.0000 | 128.00 | | | | | | Chkg 744 | 1,249.19 |
| | CHECK DATE 10/15/24 | | 88.0000 | 1,408.00 | | | 103.47 | | 55.34 | Net Pay | 1,249.19 |
| | Hourly Pay | 16.0000 | 90.0000 | 1,440.00 | | Social Security | 91.80 | GAP | 55.34 | Direct Deposit # 84683 | |
| | Time Adjustment | 16.0000 | -6.0000 | -96.00 | | Medicare | 21.47 | | | **Check Amt** | 0.00 |
| | Sick | 16.0000 | 6.0000 | 96.00 | | | | | | Chkg 744 | 1,367.39 |
| | Vacation | 16.0000 | 6.0000 | 96.00 | | | | | | | |
| | CHECK DATE 10/31/24 | | 96.0000 | 1,536.00 | | | 113.27 | | 55.34 | Net Pay | 1,367.39 |
| | Hourly Pay | 16.0000 | 80.0000 | 1,280.00 | | Social Security | 83.87 | GAP | 55.34 | Direct Deposit # 85153 | |
| | Time Adjustment | 16.0000 | -7.2500 | -116.00 | | Medicare | 19.62 | | | **Check Amt** | 0.00 |
| | Holiday | 16.0000 | 8.0000 | 128.00 | | | | | | Chkg 744 | 1,249.17 |
| | Vacation | 16.0000 | 7.2500 | 116.00 | | | | | | | |
| | CHECK DATE 11/15/24 | | 88.0000 | 1,408.00 | | | 103.49 | | 55.34 | Net Pay | 1,249.17 |
| | Hourly Pay | 16.0000 | 64.0000 | 1,024.00 | | Social Security | 75.93 | GAP | 55.34 | Direct Deposit # 85631 | |
| | Holiday | 16.0000 | 16.0000 | 256.00 | | Medicare | 17.75 | | | **Check Amt** | 0.00 |
| | | | | | | | | | | Chkg 744 | 1,130.98 |
| | CHECK DATE 11/29/24 | | 80.0000 | 1,280.00 | | | 93.68 | | 55.34 | Net Pay | 1,130.98 |
| | Hourly Pay | 16.0000 | 80.0000 | 1,280.00 | | Social Security | 75.93 | GAP | 55.34 | Direct Deposit # 86183 | |
| | | | | | | Medicare | 17.76 | | | **Check Amt** | 0.00 |
| | | | | | | | | | | Chkg 744 | 1,130.97 |
| | CHECK DATE 12/13/24 | | 80.0000 | 1,280.00 | | | 93.69 | | 55.34 | Net Pay | 1,130.97 |
| | Health Co-Memo | | | | M4,855.26 | | | | | EA Check # 100000141 | |
| | | | | | | | | | | **Check Amt** | 0.00 |
| | CHECK DATE 12/23/24 | | | | | | | | | Net Pay | 0.00 |
| | Birthday | 16.0000 | 8.0000 | 128.00 | | Social Security | 90.56 | GAP | 55.34 | Direct Deposit # 86658 | |
| | Hourly Pay | 16.0000 | 80.0000 | 1,280.00 | | Medicare | 21.18 | | | **Check Amt** | 0.00 |
| | Time Adjustment | 16.0000 | -1.2500 | -20.00 | | | | | | Chkg 744 | 1,348.92 |
| | Holiday | 16.0000 | 8.0000 | 128.00 | | | | | | | |
| | CHECK DATE 12/31/24 | | 94.7500 | 1,516.00 | | | 111.74 | | 55.34 | Net Pay | 1,348.92 |
| | Hourly Pay | 16.0000 | 80.0000 | 1,280.00 | | Social Security | 83.86 | GAP | 55.34 | Direct Deposit # 87139 | |
| | Holiday | 16.0000 | 8.0000 | 128.00 | | Medicare | 19.61 | | | **Check Amt** | 0.00 |
| | | | | | | | | | | Chkg 744 | 1,249.19 |
| | CHECK DATE 01/15/25 | | 88.0000 | 1,408.00 | | | 103.47 | | 55.34 | Net Pay | 1,249.19 |

0944 Y440-M146   YOUTH CO-OP INC
Run Date 11/13/25  01:06 PM     CONFIDENTIAL

Period Start - End Dates   07/01/23 - 08/31/25
Check Dates                02/12/24 - 08/29/25

Payroll Journal
Page 3 of 6
PYRJRN

# PAYROLL JOURNAL

**0944 Y440-M146**  YOUTH CO-OP INC

(Requested Check Dates 02/01/24 - 08/31/25)

| EMPLOYEE NAME ID (WC CLASS) | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | | |

**\* \* \* \* PE PERRINE CAREER CENTER / CC BRANCH / SFW DIVISION (cont.)**
**Pinero, Suzette M (cont.)**
**2PIN01**

| | Hourly Pay | 16.0000 | 82.5000 | 1,320.00 | | Social Security | 91.81 | GAP | 55.34 | Direct Deposit # 87643 | |
| | Holiday | 16.0000 | 8.0000 | 128.00 | | Medicare | 21.47 | | | **Check Amt** | 0.00 |
| | Sick | 16.0000 | 5.5000 | 88.00 | | | | | | Chkg 744 | 1,367.38 |
| | CHECK DATE 01/31/25 | | 96.0000 | 1,536.00 | | | 113.28 | | 55.34 | Net Pay | 1,367.38 |
| | Hourly Pay | 16.0000 | 76.0000 | 1,216.00 | | Social Security | 75.92 | GAP | 55.34 | Direct Deposit # 88172 | |
| | Sick | 16.0000 | 4.0000 | 64.00 | | Medicare | 17.76 | | | **Check Amt** | 0.00 |
| | | | | | | | | | | Chkg 744 | 1,130.98 |
| | CHECK DATE 02/14/25 | | 80.0000 | 1,280.00 | | | 93.68 | | 55.34 | Net Pay | 1,130.98 |
| | Hourly Pay | 16.0000 | 72.0000 | 1,152.00 | | Social Security | 73.95 | GAP | 55.34 | Direct Deposit # 88644 | |
| | Time Adjustment | 16.0000 | -10.0000 | -160.00 | | Medicare | 17.29 | | | **Check Amt** | 0.00 |
| | Holiday | 16.0000 | 8.0000 | 128.00 | | | | | | Chkg 744 | 1,101.42 |
| | Sick | 16.0000 | 8.0000 | 128.00 | | | | | | | |
| | CHECK DATE 02/28/25 | | 78.0000 | 1,248.00 | | | 91.24 | | 55.34 | Net Pay | 1,101.42 |
| | Hourly Pay | 16.0000 | 80.0000 | 1,280.00 | | Social Security | 75.93 | GAP | 55.34 | Direct Deposit # 89112 | |
| | | | | | | Medicare | 17.76 | | | **Check Amt** | 0.00 |
| | | | | | | | | | | Chkg 744 | 1,130.97 |
| | CHECK DATE 03/14/25 | | 80.0000 | 1,280.00 | | | 93.69 | | 55.34 | Net Pay | 1,130.97 |
| | Hourly Pay | 16.0000 | 88.0000 | 1,408.00 | | Social Security | 83.86 | GAP | 55.34 | Direct Deposit # 89545 | |
| | | | | | | Medicare | 19.62 | | | **Check Amt** | 0.00 |
| | | | | | | | | | | Chkg 744 | 1,249.18 |
| | CHECK DATE 03/31/25 | | 88.0000 | 1,408.00 | | | 103.48 | | 55.34 | Net Pay | 1,249.18 |
| | Hourly Pay | 16.0000 | 80.0000 | 1,280.00 | | Social Security | 83.87 | GAP | 55.34 | Direct Deposit # 90044 | |
| | Vacation | 16.0000 | 8.0000 | 128.00 | | Medicare | 19.61 | | | **Check Amt** | 0.00 |
| | | | | | | | | | | Chkg 744 | 1,249.18 |
| | CHECK DATE 04/15/25 | | 88.0000 | 1,408.00 | | | 103.48 | | 55.34 | Net Pay | 1,249.18 |
| | Hourly Pay | 16.0000 | 73.5000 | 1,176.00 | | Social Security | 83.86 | GAP | 55.34 | Direct Deposit # 90471 | |
| | Sick | 16.0000 | 14.5000 | 232.00 | | Medicare | 19.61 | | | **Check Amt** | 0.00 |
| | | | | | | | | | | Chkg 744 | 1,249.19 |
| | CHECK DATE 04/30/25 | | 88.0000 | 1,408.00 | | | 103.47 | | 55.34 | Net Pay | 1,249.19 |
| | Hourly Pay | 16.0000 | 72.0000 | 1,152.00 | | Social Security | 83.87 | GAP | 55.34 | Direct Deposit # 90852 | |
| | Holiday | 16.0000 | 8.0000 | 128.00 | | Medicare | 19.62 | | | **Check Amt** | 0.00 |
| | Sick | 16.0000 | 8.0000 | 128.00 | | | | | | Chkg 744 | 1,249.17 |
| | CHECK DATE 05/15/25 | | 88.0000 | 1,408.00 | | | 103.49 | | 55.34 | Net Pay | 1,249.17 |
| | Hourly Pay | 16.0000 | 72.0000 | 1,152.00 | | Social Security | 83.86 | GAP | 55.34 | Direct Deposit # 91407 | |
| | Time Adjustment | 16.0000 | -16.0000 | -256.00 | | Medicare | 19.61 | | | **Check Amt** | 0.00 |

**0944 Y440-M146**  YOUTH CO-OP INC
Run Date 11/13/25  01:06 PM   CONFIDENTIAL
Period Start - End Dates   07/01/23 - 08/31/25
Check Dates   02/12/24 - 08/29/25
Payroll Journal
Page 4 of 6
PYRJRN

# PAYROLL JOURNAL

0944 Y440-M146   YOUTH CO-OP INC

(Requested Check Dates 02/01/24 - 08/31/25)

| EMPLOYEE NAME ID (WC CLASS) | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | | |

**\*\*\*\*  PE PERRINE CAREER CENTER / CC BRANCH / SFW DIVISION (cont.)**
**Pinero, Suzette M (cont.)**
**2PIN01**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Holiday | 16.0000 | 8.0000 | 128.00 | | | | | Chkg 744 | 1,249.19 |
| | Sick | 16.0000 | 2.0000 | 32.00 | | | | | | |
| | Vacation | 16.0000 | 22.0000 | 352.00 | | | | | | |
| | CHECK DATE 05/30/25 | | 88.0000 | 1,408.00 | | | 103.47 | | 55.34 Net Pay | 1,249.19 |
| | Hourly Pay | 16.6400 | 80.0000 | 1,331.20 | | Social Security | 113.39 | GAP | 55.34 Direct Deposit # 91712 | |
| | Salary Adjustment | | | 552.96 | | Medicare | 26.52 | | **Check Amt** | 0.00 |
| | | | | | | | | | Chkg 744 | 1,688.91 |
| | CHECK DATE 06/13/25 | | 80.0000 | 1,884.16 | | | 139.91 | | 55.34 Net Pay | 1,688.91 |
| | Hourly Pay | 16.8000 | 72.0000 | 1,209.60 | | Social Security | 97.59 | GAP | 55.34 Direct Deposit # 92281 | |
| | Salary Adjustment | | | 151.04 | | Medicare | 22.82 | | **Check Amt** | 0.00 |
| | Holiday | 16.8000 | 8.0000 | 134.40 | | | | | Chkg 744 | 1,453.69 |
| | Vacation | 16.8000 | 8.0000 | 134.40 | | | | | | |
| | CHECK DATE 06/30/25 | | 88.0000 | 1,629.44 | | | 120.41 | | 55.34 Net Pay | 1,453.69 |
| | Hourly Pay | 16.8000 | 72.0000 | 1,209.60 | | Social Security | 88.23 | GAP | 55.34 Direct Deposit # 92778 | |
| | Holiday | 16.8000 | 8.0000 | 134.40 | | Medicare | 20.64 | | **Check Amt** | 0.00 |
| | Sick | 16.8000 | 8.0000 | 134.40 | | | | | Chkg 744 | 1,314.19 |
| | CHECK DATE 07/15/25 | | 88.0000 | 1,478.40 | | | 108.87 | | 55.34 Net Pay | 1,314.19 |
| | Hourly Pay | 16.8000 | 72.0000 | 1,209.60 | | Social Security | 95.00 | GAP | 55.34 Direct Deposit # 93263 | |
| | Time Adjustment | 16.8000 | -11.0000 | -184.80 | | Medicare | 22.21 | | **Check Amt** | 0.00 |
| | Sick | 16.8000 | 4.0000 | 67.20 | | | | | Chkg 744 | 1,415.05 |
| | Vacation | 16.8000 | 29.5000 | 495.60 | | | | | | |
| | CHECK DATE 07/31/25 | | 94.5000 | 1,587.60 | | | 117.21 | | 55.34 Net Pay | 1,415.05 |
| | Accrued Balance | 16.8000 | 32.2500 | 541.80 | | Social Security | 74.65 | GAP | 55.34 Direct Deposit # 93735 | |
| | Hourly Pay | 16.8000 | 46.0000 | 772.80 | | Medicare | 17.46 | GAP | 55.34 **Check Amt** | 0.00 |
| | | | | | | | | | Chkg 744 | 1,111.81 |
| | CHECK DATE 08/15/25 | | 78.2500 | 1,314.60 | | | 92.11 | | 110.68 Net Pay | 1,111.81 |
| | EMPLOYEE TOTAL | | 3,177.2500 | 51,870.20 | | | 3,872.90 | | 1,494.18 Net Pay | 46,503.12 |

**COMPANY TOTALS**
*1 Person(s)*
*38 Transaction(s)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Accrued Balance | | 32.2500 | 541.80 | | Social Security | 3,123.32 | GAP | 1,494.18 **Check Amt** | 0.00 |
| | Birthday | | 8.0000 | 128.00 | | Medicare | 730.45 | | Dir Dep | 46,503.12 |
| | Hourly Pay | | 2,861.0000 | 46,036.80 | | Fed Income Tax | 19.13 | | | |
| | Salary Adjustment | | | 704.00 | | | | | | |
| | Time Adjustment | | -104.2500 | -1,676.80 | | | | | | |
| | Adm - Leave | | 27.0000 | 432.00 | | | | | | |
| | Holiday | | 139.5000 | 2,244.80 | | | | | | |
| | Sick | | 102.0000 | 1,641.60 | | | | | | |

0944 Y440-M146   YOUTH CO-OP INC
Run Date 11/13/25  01:06 PM    CONFIDENTIAL

Period Start - End Dates   07/01/23 - 08/31/25
Check Dates                02/12/24 - 08/29/25

Payroll Journal
Page 5 of 6
PYRJRN

# PAYROLL JOURNAL

**0944 Y440-M146**  YOUTH CO-OP INC

(Requested Check Dates 02/01/24 - 08/31/25)

| EMPLOYEE NAME ID (WC CLASS) | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | DEDUCTIONS | NET PAY ALLOCATIONS |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | |
| | Vacation | | 111.7500 | 1,818.00 | 4,855.26 | | | |
| | Health Co-Memo | | | | | | | |
| | THIS PERIOD TOTAL | | 3,177.2500 | 51,870.20 | | 3,872.90 | 1,494.18 | Net Pay 46,503.12 |

*Employer Liabilities*

| | |
|---|---|
| Social Security | 3,123.26 |
| Medicare | 730.43 |
| FL Unemploy | 78.61 |
| TOTAL EMPLOYER LIABILITY | 3,932.30 |
| TOTAL TAX LIABILITY | 7,805.20 |

(IC) = Independent Contractor

**0944 Y440-M146**  YOUTH CO-OP INC
Run Date 11/13/25  01:06 PM    CONFIDENTIAL
Period Start - End Dates  07/01/23 - 08/31/25
Check Dates  02/12/24 - 08/29/25
Payroll Journal
Page 6 of 6
PYRJRN