UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24900-MORENO/D'ANGELO

SUZETTE MARIE PINERO,

      Plaintiff,

vs.

YOUTH CO-OP INC.,

      Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION

Plaintiff, Suzette Marie Pinero, notices the Court that the parties complied with the Court's

Scheduling Order [ECF No. 14] and its Order of Referral to Mediation entered on December 16,

2025 [ECF No. 15] and agreed to utilize Scott Callen as mediator.

Dated this 30th day of December 2025.

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katellyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
