UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24900-MORENO/D'ANGELO

SUZETTE MARIE PINERO,

    Plaintiff,

vs.

YOUTH CO-OP INC.,

    Defendants.

_____/

**ORDER GRANTING JOINT MOTION**
**FOR APPROVAL OF SETTLEMENT AGREEMENT**

**THIS CAUSE** having been heard on the Joint Motion to Approve Settlement Agreement and for Dismissal of Case with Prejudice, and the Court having considered the same and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby **GRANTED.**

2. The Settlement Agreement is **APPROVED**.

3. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE**.

4. Attorneys' fees and costs will be paid pursuant to the terms of the Parties' Settlement Agreement.

5. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

6. The Court shall retain jurisdiction over this case for 45 days for the purpose of enforcing the terms of the Settlement Agreement.

**DONE** and **ORDERED** in Chambers at Miami, Florida this \_\_\_\_ day of February 2026.

                                                     _____
                                                     FEDERICO A. MORENO
                                                     UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
*Counsel of record by CM/ECF*